UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD N. FORD,<br><br>        Plaintiff,<br><br>  vs.<br><br>GEIGER CORRECTIONS FACILITY, DR. ROSE and DR. KENNEDY,<br><br>        Defendants. | NO.  CV-07-187-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |

Magistrate Judge Imbrogno filed a Report and Recommendation on September 25, 2007, recommending Mr. Ford be denied *in forma pauperis* status and the action be dismissed. Plaintiff had failed to comply with the requirements of 28 U.S.C. § 1915(a)(2) to provide a certified copy of his trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint.

There being no objections, the court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

**DATED** this 22nd day of October 2007.

*S/ Robert H. Whaley*
ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2007\ford.rr.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2