AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Donald N. Ford

JUDGMENT IN A CIVIL CASE

v.

Geiger Corrections Facility, et al

CASE NUMBER: CV-07-187-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff had failed to comply with requirements of 28 USC 1915(a)(2) to provide a copy of his trust fund statement. There being no objections, the court ADOPTS the Report and Recommendation. The Complaint is DISMISSED Without Prejudice.

10/22/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson